UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10009 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00883-SRB-1 District of Arizona, Phoenix |
| v. | |
| JOSE MANUEL RODRIGUEZ-ALVAREZ, | ORDER |
| Defendant - Appellant. | |

Before:     FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Plaintiff's motion to amend the memorandum disposition is granted.

The memorandum disposition filed on March 5, 2012 is withdrawn. A replacement memorandum disposition will be filed concurrently with this order.

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10009 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00883-SRB-1 |
| v. | |
| JOSE MANUEL RODRIGUEZ-ALVAREZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Susan R. Bolton, District Judge, Presiding

Submitted February 21, 2012[**]

Before:    FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Jose Manuel Rodriguez-Alvarez appeals from his guilty-plea conviction and

30-month sentence imposed for re-entry of a removed alien, in violation of 8

U.S.C. § 1326.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Rodriguez-

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Alvarez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Rodriguez-Alvarez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**